UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON GUNTER-RITTER and NATHAN VAZQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>ROBARTS PROPERTIES, LP,<br><br>Defendant. | No. 2:18-cv-01465-KJM-AC (PS)<br><br><br>ORDER |

On June 13, 2018, the court notified plaintiffs that mail sent to them had been returned as undeliverable and that they must update their address by August 20, 2018. That deadline has now passed, and plaintiffs have not filed an updated address with the court, placing them in violation of Local Rule 183(b). Good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall show cause, in writing, within 14 days, why their failure to maintain a current address with the court should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an updated address within this timeframe will serve as cause and will discharge this order. If plaintiffs fail to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: August 22, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE